**IT IS SO ORDERED.**

**Dated:  03:58 PM  December 31 2009**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 09-54743 |
| | ) | Chapter 13 |
| Nikki Simone Harris | ) | |
| | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| | | <u>AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION OF THIRD FED'L. SAVS. & LOAN ASSOC. OF CLEVELAND</u> |

    This matter is before the Court upon consideration of an objection to confirmation of the plan filed by Third Federal Savings and Loan Association of Cleveland, a creditor herein.  It appears to the Court that the parties have agreed that the claim of this creditor for mortgage arrearage shall be allowed and paid by the chapter 13 trustee to the extent of $7,982.74.  The Court finds that this settlement is well taken and shall be approved.

    WHEREFORE, it is ORDERED, ADJUDGED and DECREED that the above-referenced objection is settled on the above-described terms.

###

Submitted by:

/s/ Robert M. Whittington, Jr., Attorney for the Debtor, 0007851
159 S. Main St., #1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com



Approved:

/s/ Scott D. Fink
```
      Fax approval received 12/30/09
```
_____
Scott D. Fink, 0069022
Attorney for Third Federal Savings and Loan Assoc. of Cleveland
Weltman, Weinberg & Reis, Co., LPA
323 W. Lakeside Ave. #200
Cleveland, OH 44113-1099
216 739 5644
ecfndoh@weltman.com


List of Parties to be Served:

Pursuant to Rule 9022, Rules of Bankruptcy Procedure, Fed.R.Civ.P. 5(b) and ECF Decisions promulgated by the Clerk of this Court, the Clerk shall serve the following by electronic notice through the ECF system if the following named recipients are registered ECF users, or otherwise by ordinary U.S. Mail, postage prepaid, or by such other means as may be permitted by these Rules, *viz.,*

Robert M. Whittington, Jr.
159 S. Main St. #1023
Akron, OH 44308

Scott D. Fink
Weltman, Weinberg & Reis Co., LPA
323 W. Lakeside Ave. #200
Cleveland, OH 44113-1099

Keith Rucinski, chapter 13 trustee
I Cascade Plaza, #2020
Akron, OH 44308

U.S. Trustee
201 Superior Ave. E. #441
Cleveland, OH 44114